**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────x

    **A.N. Frieda Diamonds, Inc.**　　　　　　　　**Case No. 15-11862 (MEW)**

　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**

　　　　　　　　　**Alleged Debtor(s)**
─────────────────────────────────────────x

### REQUEST FOR ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES AND OTHER DOCUMENTS

    An involuntary petition under Chapter (**7**) of the Bankruptcy Code was filed on **July 16, 2015** against the alleged debtor, and an affidavit of service of the involuntary petition and summons has been entered on the case docket. The alleged debtor filed a consent to an Order for Relief on **September 8, 2015.**

    It is, therefore, requested that an "Order for Relief" and an "Order to File Schedules and Other Documents" be entered in the above case.

    <u>September 8, 2015</u>　　　　　　　　　　　_____/s/ Amanda L. Ho_____
    Date　　　　　　　　　　　　　　　　　　　　Case Administrator


### ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES AND OTHER DOCUMENTS

    On consideration of the involuntary petition against the above-named debtor, an Order for Relief under Chapter (**7**) of the Bankruptcy Code is granted. The debtor is ordered to file all schedules, statements, lists and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure. This includes, among other things, the filing of a creditors' matrix prepared in accordance with the specifications required under Local Rule 1007-1. All filings – including the schedules, statements, lists and creditors' matrix shall be filed within fourteen days (14) days from the date of entry of this order.

Dated:

New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge