UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| A.N. FRIEDA DIAMONDS, INC., | : | Case No. 15-11862 (MEW) |
| | : | |
| Debtor. | : | |
| | : | |

---

ORDER APPROVING STIPULATION OF SETTLEMENT

On August 17, 2022, Matthew C. Harrison, Jr., the chapter 7 trustee, filed a motion, under Bankruptcy Rule 9019, for approval of a stipulation of settlement between Matthew C. Harrison, Jr. and Roni Rubinov, New Liberty Pawn Shop Inc. Sivan Rubinov, Ester Malca Rubinov a/k/a Esther Rubinov and Sivan R. Gold LLC (the "Stipulation").  (ECF No. 226)  The Court having reviewed the terms of the settlement, and having found that proper notice of the requested relief was provided; and after due deliberation, it is hereby

ORDERED, that the Stipulation is approved.


Dated: New York, New York
       September 12, 2022

                                        s/Michael E. Wiles
                                        UNITED STATES BANKRUPTCY JUDGE